UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| NATALIE JEAN MAXWELL, | ) | Case No. 10-20674-659 |
| | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| JOHN DUSTIN CRAGEN, | ) | **Adversary No. 11-2003-659** |
| | ) | |
| | ) | |
| Plaintiff, | ) | **PUBLISHED** |
| | ) | |
| -v- | ) | |
| | ) | |
| NATALIE JEAN MAXWELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole, and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** the Debtor-Defendant's Motion for Summary Judgment is GRANTED; and

The judgment on the Complaint is entered in favor of Natalie Jean Maxwell, Debtor/Defendant and against John Dustin Cragen, Plaintiff; and the relief requested in Plaintiff's Complaint that the debt owed by Debtor/Defendant to Plaintiff be denied discharge is DENIED; and this is the final judgment and Order of the Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: September 14, 2011
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

Ryan E Bertels
Hamlett & Bertels, L.L.C.
718 East Liberty Street
Mexico, MO 65265

James Arthur Clampitt
Clampitt Law Firm, PC
300 East Liberty, Suite 101
PO Box 987
Mexico, MO 65265

John Dustin Cragen
Ryan Bertels
718 East Liberty Street

Natalie Jean Maxwell
31067 Audrain Rd 9446
Laddonia, MO 63352